# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARL DEAN EDWARDS,

    Petitioner,

vs.

NYE COUNTY DISTRICT JUDGE, et al.,

    Respondents.

Case No. 2:14-cv-00195-JAD-PAL

**ORDER**

    Petitioner has submitted an application to proceed *in forma pauperis* (Doc. 1) and a petition for a writ of habeas corpus. The court finds that petitioner is unable to pay the filing fee. The court has reviewed the petition. Petitioner will need to show cause why the court should not dismiss this action because he has failed to exhaust his available remedies in the state courts.

    Petitioner is a prisoner in the custody of the Nevada Department of Corrections, and he has used the court's form for a person in custody pursuant to a judgment of conviction of a state court. However, he is complaining that he has been denied a speedy trial in the Fifth Judicial District Court of the State of Nevada, Nye County, and it appears that he has not yet been tried in that action. Consequently, the court will treat this action as a pre-trial habeas corpus petition pursuant to 28 U.S.C. § 2241.

    It appears that petitioner has not exhausted his available state-court remedies. Exhaustion is a prudential requirement for pre-trial petitions. *See Castro-Cortez v. INS*, 239 F.3d 1037, 1047 (9th Cir. 2001), abrogated on other grounds by *Fernandez-Vargas v. Gonzales*, 548 U.S. 30 (2006).

On June 27, 2013, petitioner filed in the state district court a proper-person motion to dismiss for the violation of his right to a speedy trial. The state district court denied the motion on November 1, 2013. Based upon petitioner's allegations in the petition and the court's search of the on-line docket of the Nevada Supreme Court, it appears that petitioner never has presented his speedy-trial issue to the Nevada Supreme Court, and thus the speedy-trial issue has not been exhausted. Petitioner needs to show cause why the court should not dismiss this action.

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (Doc. 1) is **GRANTED**. Petitioner need not pay the filing fee of five dollars ($5.00).

**IT IS FURTHER ORDERED** that the clerk of the court shall file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of entry of this order to show cause why the court should not dismiss this action because he has failed to exhaust his available remedies in the state courts. Failure to comply with this order will result in the dismissal of this action.

Dated: August 8, 2014.

_____
JENNIFER A. DORSEY
United States District Judge